# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TIMOTHY R. ROSENCRANTZ,

        Petitioner,

v.                                      Case Number: 04-CV-72407

BLAINE LAFLER,

        Respondent.
                                          /

## ORDER CANCELING STATUS CONFERENCE AND
## SCHEDULING EVIDENTIARY HEARING

       The matter is before the court on the parties' stipulation and proposed scheduling order.  In light of the parties' agreement regarding a general schedule for this case, the status conference previously scheduled for June 14, 2006 is canceled.  Pursuant to the parties' stipulation, the court will conduct an evidentiary hearing on **September 18, 2006 at 2:00 p.m.**  Although the parties also stipulated to a post-hearing briefing schedule, the court will decline to set post-hearing briefing dates until the evidentiary hearing, when the court and the parties will be in a better position to know what additional briefing is required.  Further, the court will not conduct a "final argument" hearing, as requested by the parties.  All oral argument relating to this matter shall be presented at the September 18, 2006 evidentiary hearing.

       IT IS SO ORDERED.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated:  June 12, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 12, 2006, by electronic and/or ordinary mail.

                                                S/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522

S:\Cleland\JUDGE'S DESK\Even Orders\04-72407.Rosencrantz.CancelStatusConference.wpd